UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> INOCENIA KELLY and DIGNA MORALES-KELLY, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

05-10730-MLW

## CORPORATE DISCLOSURE STATEMENT

Unum Life Insurance Company of America has not issued shares to the public nor has its subsidiaries or affiliates. Its parent company, UnumProvident Corporation, has issued shares to the public.

DATED: 4-12-05

_____
John J. Aromando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

Attorney for Plaintiff