UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>INOCENCIA KELLY and )<br>DIGNA MORALES-KELLY, )<br>)<br>Defendants ) | Civil Action No. 05-cv-10730 MLW |

### MOTION TO ADMIT ATTORNEY GERALDINE G. SANCHEZ
### *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

(1)   Plaintiff Unum Life Insurance Company of America ("Unum") seeks to have Attorney Geraldine G. Sanchez appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to Local Rule 83.5.3.

(2)   I, John J. Aromando, am a member of the bar of this Court and have entered an appearance for Plaintiff Unum in this case. I am a partner in the law firm of Pierce Atwood LLP.

(3)   I am actively associated with Attorney Geraldine G. Sanchez, who is a partner at Pierce Atwood LLP.

(4)   Accompanying this Motion is a Certificate by Geraldine G. Sanchez certifying that she meets the requirements specified in Local Rule 83.5.3.

(5)   No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

{W0354583.1}

WHEREFORE, I hereby move that Geraldine G. Sanchez be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

DATED: May 17, 2005

/s/ John J. Aromando
John J. Aromando, BBO # 545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Plaintiff*
*UnumProvident Life Insurance Company*
*of America*

{W0354583 1}

## CERTIFICATE OF SERVICE

I hereby certify true copies of the within documents have been served upon Defendants, via First Class Mail, postage prepaid, addressed as follows:

Inocencia Alicia Kelly
43 Highland Street, Apt. 1
Brockton, MA 02301-3801

Digna Morales-Kelly
35 Logan Way 736
South Boston, MA 02127

DATED: May 17, 2005

_____
John J. Aromando

{W0354583.1}