UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, ) ) ) | |
| Plaintiff ) ) | |
| v. ) ) | Civil Action No. 05-cv-10730 MLW |
| INOCENCIA KELLY and ) DIGNA MORALES-KELLY, ) ) | |
| Defendants ) | |

## ACKNOWLEDGEMENT OF RECEIPT
## OF SUMMONS AND INTERPLEADER

I acknowledge that I received a copy of the Summons and Interpleader in the above-captioned matter on behalf of Defendant Inocencia Kelly, and I understand that, to avoid judgment by default against her, she must file a responsive pleading to the Interpleader as required by the Summons.

By acknowledging receipt of the Summons and Interpleader, Defendant Inocencia Kelly does not waive any objections to the venue or to the jurisdiction of the court over either the person of the Defendant or the subject matter of the case.

DATED: 7/21/05

John Benzan, BBO # 555874
70 Warren Street, Suite 8
Roxbury, MA 02119
(617) 442-8400

Attorney for Defendant
Inocencia Kelly

{W0375364.1}

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

           V.

INOCENCIA KELLY AND
DIGNA MORALES-KELLY,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-cv-10730 MLW

## 05  10730 MLW

TO: (Name and address of Defendant)

Inocencia Alicia Kelly
43 Highland Street, Apt. 1
Brockton, MA  02301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Geraldine G. Sanchez, Esq.
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    7-13-05

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served upon Defendants, via First Class Mail, postage prepaid, addressed as follows:

> John Benzan, Esq.
> 70 Warren Street, Suit 8
> Roxbury, MA  02119
> *Attorney for Inocencia Kelly*
>
> Digna Kelly
> 35 Logan Way 736
> South Boston, MA  02127

DATED: 7/22/05

_____
Geraldine G. Sanchez