UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>INOCENCIA KELLY and<br>DIGNA MORALES-KELLY,<br><br>Defendants | Civil Action No. 05-CV-10730MLW |

### DEFENDANT INOCENCIA KELLY'S ANSWER

Defendant/Claimant Inocencia Kelly, by and through undersigned counsel, hereby answers each numbered paragraph of the Plaintiff's Interpleader (hereinafter the "Plaintiff"), expressly reserving its right to seek relief or to rely on additional defenses by appropriate motion.

**A.   Jurisdiction**

   1.   No response is necessary.

**B.   Statement of the Case**

Paragraphs 2 through 16 are Admitted.

   2.   Admitted.

**Wherefore Inocencia Kelly prays:**

   A.   That the Court find her as the only true beneficiary entitled to the $12,000.00 in death beneifits.

   B.   That Inocencia Kelly be granted such other and further relief as the Court determines to be proper.

                                            Respectfully submitted
                                            **INOCENCIA KELLY**
                                            By her attorney,

                                            /s/ John Patrick Benzan
                                            _____
                                            John Patrick Benzan
                                            BBO # 555874
                                            70 Warren Street, Suite 8
                                            Roxbury, MA 02119
                                            (617) 442-8400
Dated: July 14, 2005                       Facsimile (617) 442-8460

Case 1:05-cv-10730-MLW   Document 7   Filed 08/04/2005   Page 2 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff<br><br>v.<br><br>INOCENCIA KELLY and<br>DIGNA MORALES-KELLY,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-CV-10730MLW<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, JOHN BENZAN, counsel for the Defendant/Claimant Inocencia Kelly, hereby certifies that I served a copy of the attached answer to Geraldine G. Sanchez, Esq., Pierce Atwood LLP, One Monument Square, Portland, ME 04101; and to Digna Morales Kelly, at 35 Logan Way, Boston, MA 02127 this 3rd day of August, 2005, by sending same by First Class Mail.

　　　　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　　　　**INOCENCIA KELLY**
　　　　　　　　　　　　　　　　　　　By her attorney,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John Patrick Benzan
　　　　　　　　　　　　　　　　　　　BBO # 555874
　　　　　　　　　　　　　　　　　　　70 Warren Street, Suite 8
　　　　　　　　　　　　　　　　　　　Roxbury, MA 02119
　　　　　　　　　　　　　　　　　　　(617) 442-8400
Dated: August 3, 2005　　　　　　　　Facsimile (617) 442-8460