UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>INOCENCIA KELLY and )<br>DIGNA MORALES-KELLY, )<br>)<br>Defendants ) | Civil Action No. 05-CV-10730MLW |

### NOTICE OF APPEARANCE OF COUNSEL

Now comes John Benzan, of 70 Warren Street, Suite 8, Roxbury, Massachusetts and files his appearance of counsel on behalf of defendant Inocencia Kelly.

Respectfully submitted,

*[signature]*
John Patrick Benzan  BBO#555874
70 Warren Street Suite 8
Roxbury, MA 02119-3208
(617) 442-8400
Fax (617) 442-8460

Date: July 14, 2005