UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNUM LIFE INSURANCE COMPANY )
OF AMERICA, )
 )
      Plaintiff )
 )
v. ) Civil Action No. 05-cv-10730 MLW
 )
INOCENCIA KELLY and )
DIGNA MORALES-KELLY, )
 )
      Defendants )

### REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT DIGNA MORALES-KELLY

Plaintiff Unum Life Insurance Company of America ("Unum") hereby requests that the Clerk of the Court enter, pursuant to Fed.R.Civ.P. 55(a), a default against Defendant Digna Morales-Kelly for the following reasons:

1. On April 12, 2004, Unum filed its Interpleader with Incorporated Motion for Interpleader Fee.

2. On April 18, 2005, a Notice of Lawsuit and Request for Waiver of Service of Summons was sent to Digna Morales-Kelly.

3. Defendant Morales-Kelly signed the Request for Waiver in May 2005 (attached hereto as Exhibit A).

4. On June 6, 2005, Defendant Morales-Kelly wrote to Plaintiff's counsel stating she does not "have the resources to hire an attorney" (attached hereto as Exhibit B).

{W0375364.1}

5. On August 26, 2005, Plaintiff's counsel wrote to Defendant Morales-Kelly stating that Defendant needed to make an appearance or risk an adverse result (attached hereto as Exhibit C).

6. On that same date, Plaintiff's counsel wrote to the Clerk of the Court forwarding the letter of June 6, 2005 from Defendant Morales-Kelly (Exhibit B) and informing the Court that the parties were trying to determine whether Ms. Morales-Kelly intended to participate in the action (attached hereto as Exhibit D).

7. Defendant Morales-Kelly has taken no further action in this matter and, therefore, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

WHEREFORE, for the reasons set forth above, Plaintiff Unum Life Insurance Company of America requests that default be entered against Defendant Digna Morales-Kelly.

DATED: November 17, 2005

Geraldine G. Sanchez
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Plaintiff*
*Unum Life Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served upon Defendants, via First Class Mail, postage prepaid, addressed as follows:

>John Benzan, Esq.
>70 Warren Street, Suit 8
>Roxbury, MA  02119
>*Attorney for Inocencia Kelly*
>
>Digna Morales-Kelly
>35 Logan Way 736
>South Boston, MA  02127
>*Pro Se Defendant*

DATED:  November ___, 2005

Geraldine G. Sanchez

AO 399 (Rev. 10/95)



# WAIVER OF SERVICE OF SUMMONS

TO: __Geraldine G. Sanchez and John J. Aromando__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Digna Morales-Kelly__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Unum Life Insurance Co. of America v. Kelly__,
(CAPTION OF ACTION)

which is case number __05-cv-10730 MLW__ in the United States District Court
(DOCKET NUMBER)

for the __Eastern__ District of __Massachusetts__.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __5/11/2005__,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

__5/18/05__            X __Digna E. Kelly__
(DATE)                  (SIGNATURE)

Printed/Typed Name: _____

As _____ of _____
         (TITLE)              (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

B

June 6, 2005

To Whom It May Concern,

I Digna Morales De-Kelly have a pending case open with your company and the court system. I am writing to inform you that I do not have the resources to hire an attorney for this open case.

Digna Morales De-Kelly

RECEIVED
JUN 10 2005



**PIERCE ATWOOD** LLP
*ATTORNEYS AT LAW*

Geraldine G. Sanchez

One Monument Square
Portland, ME 04101

207-791-1332 voice
207-791-1350 fax
gsanchez@pierceatwood.com

pierceatwood.com

August 26, 2005

Ms. Digna Morales-Kelly
35 Logan Way 736
South Boston, MA 02127

Re:  *Unum Life Insurance Company of America v. Kelly*

Dear Ms. Morales-Kelly:

Thank you for your correspondence in which you indicate that you do not have funds to hire an attorney. You are still responsible for defending this case, and if you choose not to participate in the case, you risk losing any entitlement you may or may not have to the life insurance funds.

If you do intend to seek the monies, I would suggest you enter an appearance *pro se* in this matter and file any required pleadings. You may also want to call the Court to see if they can provide you with guidance regarding your representation in the matter. If you do not intend to go forward with the litigation, please let me know so we can settle the matter and distribute the funds to Inocencia Kelly.

Please feel free to contact me to discuss.

Sincerely,

Geraldine G. Sanchez

GGS/mlc



**Geraldine G. Sanchez**

One Monument Square
Portland, ME 04101

207-791-1332 voice
207-791-1350 fax
gsanchez@pierceatwood.com

pierceatwood.com



August 26, 2005

Sarah A. Thornton, Clerk
U.S. District Court
One Courthouse Way
Boston, MA 02210

    Re:    <u>Unum Life Insurance Company of America v. Kelly</u>
            Docket No. 05-cv-10730 MLW

Dear Ms. Thornton:

    Enclosed please find correspondence received from Defendant Digna Morales-Kelly following her execution of the Waiver of Service of Summons. I have asked Ms. Morales-Kelly whether she intends to litigate the case, and await her response. I file this correspondence so the Court is aware that Ms. Morales-Kelly has communicated with Unum following her acceptance of service of the Interpleader, and that the parties are trying to determine whether Ms. Morales-Kelly intends to participate in the suit.

    Thank you for your attention to this matter.

                                          Sincerely,

                                          Geraldine G. Sanchez

GGS/mlc
Enclosures
cc:    John Benzan
        Digna E. Kelly