UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 05-10730-MLW |
| INOCENIA KELLY and DIGNA MORALES-KELLY, | ) ) ) | |
| Defendants | ) | |

**UNUM LIFE INSURANCE COMPANY OF AMERICA'S
CERTIFICATION OF CONFERENCE**

The undersigned certify that they have conferred:

(a)     with a view to establishing a budget for the costs of conducting the full course--
        and various alternative courses--for the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute
        resolution programs such as those outlined in LR 16.4.

DATED:  1/6/06

_____
Geraldine G. Sanchez

PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100
gsanchez@pierceatwood.com

*Attorneys for Plaintiff*

{W0425740.1}

DATED:

1/5/06

Priscilla J. Coughlin
UnumProvident Corporation
2211 Congress Street
Portland, ME  04122

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served upon Defendants, via First Class Mail, postage prepaid, addressed as follows:

John Benzan, Esq.
70 Warren Street, Suit 8
Roxbury, MA 02119
*Attorney for Inocencia Kelly*

Digna Morales-Kelly
35 Logan Way 736
South Boston, MA 02127
*Pro Se Defendant*

DATED: 1|6|06

Geraldine G. Sanchez