UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNUM LIFE INSURANCE CO.**,                    CIVIL CASE
                                                NO. 05-10730-MLW
            V.

**INOCENIA KELLEY et al**
            Defendant(s)

                    **NOTICE OF RESCHEDULING**
**WOLF, D.J.**

The **SCHEDULING CONFERENCE** previously scheduled for **JANUARY 19, 2006** at **4:00 P.M.** before Judge **Wolf**, in courtroom 10 on the 5th floor, has been RESCHEDULED. It is RESCHEDULED for **JANUARY 19, 2006** at 11:30 AM.

                                                SARAH A. THORNTON
                                                CLERK OF COURT

**January 13, 2006**                            By:  **/s/ Dennis O'Leary**
Date                                                 Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                              [ntchrgcnf.]