UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNUM LIFE INSURANCE CO. of AMERICA**
      Plaintiff(s)

v.                          CIVIL ACTION NO.  05-10730-MLW

**INOCENCIA KELLY snd DIGNA MORALES-KELLY**
      Defendant(s)

## DEFAULT JUDGMENT

**WOLF, D.J.**

    Defendant **DIGNA MORALES-KELLY** having failed to plead or otherwise defend in this action and its default having been entered,

    It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff shall pay the proceeds of the policy to Inocencia Kelly; and this case is otherwise DISMISSED with prejudice.

                                                  By the Court,

Dated: January 26, 2006                      /s/ Dennis O'Leary
                                                  Deputy Clerk

**NOTE:** The post judgment interest rate effective this date is _____ %.

(judge-default - 12/98)                                                          [dfltjgm.]